**Gustavus A. BUDER, As Trustee for and The G.A. Buder III Trust,**
Appellants/Plaintiffs,

v.

**PREMIER COMMUNITIES CORPORATION,**
Respondent/Defendant.

No. ED 78559.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 18, 2001.

Thomas M. Blumenthal, St. Louis, MO, for appellant.

Norman W. Pressman, Kathyrn M. Koch, St. Louis, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Appellant Gustavus A. Buder III appeals the judgment ordering the return of $100,000 earnest money to respondent Premier Communities Corporation. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their information only, explaining the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).